Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-06621 |
| Gerald J Wilhusen | ) | |
| Yvonne Wilhusen | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## AGREED ORDER CONDITIONING THE AUTOMATIC STAY

THIS MATTER COMING to be heard on the Motion of the Creditor, Citigroup Mortgage Loan Trust 2021-RP4, for relief from the Automatic Stay, the parties in agreement;

IT IS HEREBY ORDERED THAT the Automatic Stay shall remain in effect conditioned upon the following:

1. The Debtors shall cure the balance of the post-petition arrears in the sum of $6,071.40 by October 15, 2026. Said sum is comprised of (4) post mortgage payment arrears due for December 2025 thru March 2026 in the amount of $1,521.65 each and shall be paid in addition to the regular monthly post petition payment that is due each month. Said sum shall be paid as follows:

$867.36 on/before 4/15/26
$867.34 on/before 5/15/26
$867.34 on/before 6/15/26
$867.34 on/before 7/15/26
$867.34 on/before 8/15/26
$867.34 on/before 9/15/26
$867.34 on/before 10/15/26

2. Should Debtors fail to timely tender any one sum due this Creditor under the repayment portion of this Order and/or beginning with the April 1, 2026, regular mortgage payment, in the event Debtors become due for the two or more post petition mortgage payments, Nationstar Mortgage LLC may file and serve on Debtors, their Counsel, and the Trustees a Notice of Default with a certificate of service. Debtors shall have fourteen (14) days from the date of mailing of said Notice within which to cure the existing default set forth in such Notice.

3. If the Debtor fails to make such cure, then on the fifteenth (15th) day from the filing of the Notice of Default , then the Creditor may file a Notice of Termination of Stay with a certificate of service on Debtor and Debtor's counsel and Trustees.

4. The Notice of Termination of Stay terminates the automatic stay to permit Creditor to exercise its in rem rights under non-bankruptcy law in the real property commonly known as 3509 THRUSH LANE, ROLLING MEADOWS, IL 60008 effective on the date it is filed .

5. The stay in Rule 4001(a)(4) will not apply to the Notice of Termination.

6. That all payments must be made timely direct to Rushmore Servicing at PO BOX 619094, Dallas, TX 75261-9741. A payment is timely if a full payment is received prior to the 15th of the month in which it is due in this petition.

7. The parties have agreed that attorney fees ($950.00) and costs ($199.00) associated with the motion remain due and this Creditor may file a timely Form 410S2 in the event it seeks  recovery of same.

8. That in the event a Notice of Default is appropriately issued pursuant to the terms set

Form G5 (20200113_bko)

forth above, the Debtors shall pay an additional $120.00 as attorney fees for the issuance of the along with the default cure amount set forth above in order to fully satisfy the Notice.

9. Upon dismissal, discharge, conversion to Chapter 7, or relief from stay, the agreed repayment terms herein will no longer be legally binding.


/s/ Michelle Mandroiu  Esq.
Counsel for Gerald J Wilhusen
and Yvonne Wilhusen

/s/ Timothy R. Yueill, Esq
Counsel for Citigroup Mortgage Loan Trust 2021-RP4


Enter:

J. Cox  Jacqueline P. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: March 20, 2026

**Prepared by:**

Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com